# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; PAUL SIMON MUSIC; SONGS OF UNIVERSAL, INC.; SCREEN GEMS-EMI MUSIC INC.; DON KIRSCHNER ENTERTAINMENT COMPANY AND CRUVEN, INC., A JOINT VENTURE d/b/a KIRSCHNER CBS MUSIC PUBLISHING; WELSH WITCH MUSIC; CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; R-KEY DARKUS PUBLISHING; ORBI-LEE PUBLISHING; ROYS BOYS LLC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FAIZILU PUBLISHING; SUTJUJO MUSIC, <br><br>          Plaintiffs, <br><br>     v. <br><br> KISMET ROCK HILL, LLC d/b/a HOLIDAY INN ROCK HILL; and KARTAR SINGH, <br><br>          Defendants. | CIVIL ACTION NO.: 0:16-cv-00197-MGL |

### SUMMONS IN A CIVIL ACTION

**TO:**      Kismet Rock Hill, LLC d/b/a Holiday Inn Rock Hill
c/o Tax Credit Solutions, LLC, Registered Agent
1750 Hwy. West
Fort Mill, SC 29708

Kartar Singh
Holiday Inn Rock Hill
503 Galleria Blvd.
Rock Hill, SC 29730

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

> Bernie W. Ellis
> McNair Law Firm, P.A.
> Post Office Box 447
> Greenville, SC 29602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You must file your answer or motion with the court.

Robin L. Blume
*Clerk of Court*

Date:  1/22/2016

s/Charles L. Bruorton
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

Service of the Summons and Complaint was made by me[1]    DATE

NAME OF SERVER (PRINT)    TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL            SERVICES            TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                                              *Signature of Server*

                                                        _____
                                                        *Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.